NEW YORK FOUNDATION, Respondent, *v.* THE PEOPLE OF THE STATE OF NEW YORK, Appellant.

(Argued May 29, 1936; decided July 8, 1936.)

*John J. Bennett, Jr.*, Attorney-General (*L. Hamilton Rainey* of counsel), for appellant.

*Charles J. Nehrbas* and *Harry Rodwin* for respondent.

*Morgan J. O'Brien* and *Charles S. Noyes* for Justin C. O'Brien Realty Corporation, *amicus curiæ*.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.